U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 3 1 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ORAL GUY MORGAN | CIVIL ACTION NO. 05-1591-A |
| VS. | SECTION P |
| WARDEN CHEVALIER, ET AL. | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition, to the extent that it has been construed as a petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** since it plainly appears from the face of the petition that the petitioner is not entitled to relief;

**IT IS FURTHER ORDERED** that to the extent that the complaint may be construed as a Civil Rights Complaint, that it be **DISMISSED** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(d)(2)(b)(i) and (ii) and § 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 31st day of October, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE